|  |  |  |
|---|---|---|
| ALLISON MOE, | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |  |
|  | : | Hon. William J. Martini |
| -vs- | : | Civil Action No. 09-1424 (WJM) |
|  | : |  |
| SETON HALL UNIVERSITY, et al., | : |  |
|  | : | **ORDER SCHEDULING CONFERENCE** |
| Defendant(s). | : |  |

**IT IS on this 17th day of August, 2010**

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Tuesday, October 5, 2010** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. Parties with full settlement authority are required to attend the conference.

          /s/ Mark Falk          
**MARK FALK**
**United States Magistrate Judge**