```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

------------------------------X
ALISON MOE,

     Plaintiff,               Civil Action No. 09-1424WJM

v.
                              ORDER OF DISMISSAL
SETON HALL UNIVERSITY,

     Defendant.
------------------------------X
```

The Court having been notified that the above cross-claim has been settled,

It is on this 21st day of March, 2012

ORDERED that this matter will be dismissed.


                              s/William J. Martini

                              _____

                              WILLIAM J. MARTINI, U.S.D.J.